HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD BURKS, | CASE NO. C17-5304RBL |
|       Plaintiff, | ORDER |
|   v. | |
| CROWN BEVERAGE PACKAGING, LLC, | |
|       Defendant. | |

THIS MATTER is before the Court on Cross-Motions for Summary Judgment [Dkts. #48 & #51]. The Court has reviewed the materials filed in support and in opposition of both motions. Regarding the Plaintiff's Motion for Summary Judgment [Dkt. #48], there are material issues of fact that require the Court to **DENY** the motion. With regard to Defendant's Motion for Summary Judgment [Dkt. #51], the Court schedules oral argument for 1:30 p.m. on September 10, 2018. The trial date of September 24, 2018 is vacated. If the Defendant's Motion for

//

//

//

ORDER - 1

1 | Summary Judgment is denied, the Court will assign a new trial date in consultation with the
2 | parties.
3 | **IT IS SO ORDERED.**
4 | Dated this 28th day of August, 2018.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge